Davis v. Davis. Appeal from Wayne, Thomas Roumell, J. Submitted Division 1 October 13, 1971, at Detroit. (Docket No. 11099.) Decided October 29, 1971.

*William A. Ortman,* for plaintiff.

*Rowe A. Balmer,* for defendant.

Before: Levin, P. J., and R. B. Burns and J. H. Gillis, JJ.

Memorandum Opinion. In our *de novo* review of this case we are convinced that the trial court's original order awarding a $1500 attorney fee to plaintiff's attorney was correct and the trial court's subsequent order reducing the attorney fee to $500 was improper under the circumstances. We, therefore, reinstate the original order for attorney fees awarding plaintiff's counsel $1500.

Reversed. Costs to appellant.